**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**MARCO THONY CADEJUSTE,**

    **Plaintiff,**

**v.**                                 **Case No.  3:26-cv-3990-TKW-HTC**

**Z. CULPEPPER,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed under 28 U.S.C. §1915(g) because Plaintiff is a "three-striker" who did not pay the filing fee and is not alleged to be in imminent danger of serious physical injury.[1]  Accordingly, it is **ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1]  Based on this conclusion, the Court need not consider whether the case should also (or alternatively) be dismissed based on Plaintiff's failure to truthfully disclose his litigation history.

2.     This case is **DISMISSED without prejudice** under the three-strikes statute, 28 U.S.C. §1915(g).

3.     The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 10th day of July, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**